IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FREEMAN, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     v. | ) C.A. 05-1550 |
| | ) |
| | ) Judge Lancaster |
| PAUL J. STOWITSKY, et al., | ) Magistrate Judge Caiazza |
| | ) |
|   Defendants. | ) |

## MEMORANDUM AND ORDER

This is a civil rights suit filed by a prisoner in state custody.

The case has been filed but no decision has been made with respect to the Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*.

Title 28 of the United States Code, Section 1915, entitled "Proceedings *in forma pauperis*" was amended by Section 804 of P.L. 104-134, Amendments to Civil Rights of Institutionalized Persons Act, on April 26, 1996. Pursuant to Section 804(a)(F)(1), 28 U.S.C. §1915(a)(2) now provides:

> A prisoner seeking to bring a civil action . . . without prepayment of fees or security therefor, . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined.

The motion for leave to proceed <u>in forma pauperis</u> in this case does not contain an institutional account statement, as now it must.

Therefore, this 9th day of November, 2005;

IT IS ORDERED that the Plaintiff shall, on or before **November 30, 2005**, submit to the court a certified copy of his institutional account statement from every jail or prison at which he was confined, showing the status of that account or accounts from **June 1, 2005**, through the date the account statement is submitted.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


November 9, 2005                    s/Francis X. Caiazza
                                    Francis X. Caiazza
                                    U.S. Magistrate Judge


cc:
James Freeman, FF-3964
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021