**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. 05-1550 |
| | ) |
| | ) Judge Lancaster |
| PAUL J. STOWITSKY, et al., | ) Magistrate Judge Caiazza |
| | ) |
| Defendants. | ) |

**ORDER**

The Plaintiff, James Freeman, a prisoner presently incarcerated at the State Correctional Institution at Coal Township, Coal Township, Pennsylvania, has filed a Complaint in this Civil Action where it appears that he is seeking to impose liability against the Defendants under the Civil Rights Act of 1871, 42 U.S.C. § 1983.  The Plaintiff's Motion for IFP has been granted and his Complaint has been filed; however, the Court cannot read the Complaint as it is illegible.  Although no court can expect the same measure of competency from pro se litigants as from lawyers trained and skilled in the law, the Plaintiff is required to follow the Federal Rules of Civil Procedure in proceeding with this action in this Court.  The Plaintiff's Complaint does not comport with the Federal Rules of Civil Procedure in that it is far from clear what allegations and claims the Plaintiff is pursuing against any of the Defendants. Consequently, the following **ORDER** is **ENTERED**.

**AND NOW**, this 6th day of December, 2005;

**IT IS HEREBY ORDERED** that, on or before **December 27, 2005**, the Plaintiff shall file an Amended Complaint that sets forth each claim

against each Defendant in a separate paragraph and with such clarity
and precision that each Defendant will be able to discern what the
Plaintiff is claiming and to frame a responsive pleading.   Failure to
file an Amended Complaint by **December 27, 2005** may lead to dismissal
of this action for failure to prosecute.


December 6, 2005                    s/Francis X. Caiazza
                                    Francis X. Caiazza
                                    U.S. Magistrate Judge


cc:
James Freeman, FF-3964
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021