IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. 05-1550 |
| | ) |
| | ) Chief Judge Ambrose |
| PAUL J. STOWITSKY, et al., | ) Magistrate Judge Caiazza |
| | ) |
| Defendants. | ) |

**ORDER**

A rule was issued upon the Plaintiff, James Freeman, to show good cause why this case should not be dismissed for his failure to comply with this court's order dated December 6, 2005, which directed him to file an Amended Complaint by December 27, 2006, that would set forth each claim against each Defendant in a separate paragraph and with such clarity and precision that each Defendant will be able to discern what the Plaintiff is claiming and to frame a responsive pleading. The rule was returnable January 19, 2006. Having failed to file an amended complaint or show good cause, IT IS HEREBY ORDERED that this case is dismissed.

*[signature]*
Donetta W. Ambrose
Chief U.S. District Court Judge

cc:
James Freeman, FF-3964
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021